IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Case No. 7:16-CR-54-FL-1

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| EVELYN HERNANDEZ, | ) | |
| Defendant. | ) | |

Upon motion of the Defendant, it is hereby ORDERED that Docket Entry No. 19 and its accompanying Order in the above-captioned case be sealed by the Clerk of Court.

It is further ORDERED that the Clerk provide copies of the filed sealed documents to the United States Attorney and counsel for the Defendant.

SO ORDERED.

This the 18th day of January, 2017.

_____
LOUISE W. FLANAGAN
UNITED STATES DISTRICT JUDGE